# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

Andrew S. Brown, Esq.
abrown@brownconnery.com

October 12, 2022

<u>*Via CM/ECF*</u>
Hon. Ann Marie Donio, U.S.M.J.
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, New Jersey 08101

      **Re:** *Rasheen Percell v. Thang Ngo, et al.*
           **Case No. 1:21-cv-19520-NLH-AMD**
           **Our File No. 21-1992**

Dear Judge Donio:

      This office represents Defendants in the above matter. The Court has scheduled a telephone status conference with the parties on Monday, October 17, 2022 at 10:30 a.m. Please be advised that the parties have tentatively agreed to resolve this matter. As a result, Defendants respectfully request that the Court cancel or postpone the upcoming conference. The parties will advise if another conference becomes necessary in the future.

      We thank the Court for its time and attention to this matter.

                                        Respectfully submitted,
                                        **BROWN & CONNERY, LLP**

                                        <u>*s/ Andrew S. Brown*</u>
                                        Andrew S. Brown

cc: Counsel of Record (*via CM/ECF*)

7IG1905